1
2
3          UNITED STATES DISTRICT COURT
4        FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                  OAKLAND DIVISION

6 | UNITED STATES OF AMERICA,          Case No:  CR 10-00447 SBA
7 |         Plaintiff,                 **ORDER**
8 |    vs.
9 |
10| DAVANCE REED,
11|         Defendant.
12|

13
14    Pursuant to the Court's unavailability, this Supervised Release Revocation and
15 Disposition matter is referred to the general duty Judge, Claudia Wilken, for hearing on
16 September 15, 2010 at 2:00 p.m.
17    IT IS SO ORDERED.
18
19 Dated: September 13, 2010              _____
                                          SAUNDRA BROWN ARMSTRONG
20                                        United States District Judge
21
22
23
24
25
26
27
28