1 | MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TREVOR L. RUSIN (CABN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3695
   Facsimile:  (510) 637-3724
   E-Mail:     Trevor.Rusin@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00447 SBA |
|           Plaintiff, ) | |
|    v.                    ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING SET FOR MONDAY, FEBRUARY 28, 2011, TO THURSDAY, MARCH 3, 2011** |
| DAVANCE REED, ) | |
|           Defendant. ) | |

     Defendant Davance Reed is scheduled to appear on the above-entitled case before the Hon. Laurel Beeler on Monday, February 28, 2011, for status. As additional investigation is required, the parties respectfully request that this Court continue the hearing scheduled for February 28, 2011, to March 3, 2011, at 9:30 a.m. before the Hon. Donna M. Ryu for status and/or setting the matter for disposition. As such, the parties stipulate, and request that the Court find and hold as follows:

     1.    That the hearing scheduled for Monday, February 28, 2011, in the above-entitled

//

//

No. CR-10-00447 SBA
U.S. v. DAVANCE REED

case, be continued to Thursday, March 3, 2011, at 9:30 a.m. before the Hon. Donna M. Ryu.

STIPULATED:

DATED: 2/24/11                    /s/
                                  JEROME MATTHEWS
                                  Attorney for Defendant Davance Reed

DATED: 2/24/11                    /s/
                                  TREVOR L. RUSIN
                                  Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 28, 2011          [signature]
                                  LAUREL BEELER
                                  United States Magistrate Judge

No. CR-10-00447 SBA
U.S. v. DAVANCE REED