MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW S. HUANG (CABN CABN 193730)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00447-1 SBA |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE MATTER FOR REVOCATION OF SUPERVISED RELEASE AND DISPOSITION HEARING ON SEPTEMBER 18, 2012 |
| v. ) | |
| DAVANCE LAMAR REED, ) | |
| Defendant. ) | |

    Defendant Davance Lamar Reed and the government, by and through undersigned counsel, jointly request that the Court vacate the hearing presently set for September 4, 2012 and continue this matter to September 18, 2012 at 10:00 a.m. for a revocation of supervised release and disposition hearing. In support of this request, the parties stipulate as follows:

    1. The defendant is prepared to admit unqualifiedly to the violations in Charges One, Three, and Five in the pending Amended Form 12. He is prepared to make a statement regarding Charge Two, upon which the parties will submit for the Court's determination. If the defendant admits as anticipated, the government is prepared to move the Court for dismissal of Count Four.

    2. The parties and the Probation Officer are not in agreement upon disposition of this matter.

STIP. & [PROP.'D] ORD. CONT. SUPV.'D REL. REVOC. HRG.
No. CR 10-00447-1 SBA

3. The Probation Officer is prepared to submit to the Court by September 4, 2012 a Probation Violation Memorandum detailing her sentencing recommendation.

4. The parties will submit their sentencing memoranda by September 11, 2012.

For the reasons stated above, the parties respectfully request that the hearing presently set for September 4, 2012 be vacated and that this matter be continued to a hearing before the Court on September 18, 2012 at 11:00 a.m. for a hearing on supervised release revocation.

**So stipulated.**

DATED: August 17, 2012

         /s/
JEROME MATTHEWS, Esq.
Attorney for Defendant Reed

MELINDA HAAG
United States Attorney

         /s/
ANDREW S. HUANG
Assistant United States Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS FOUND AND ORDERED THAT:

1. The currently scheduled hearing on September 4, 2012 is VACATED.

2. This matter is SET for a revocation of supervised release hearing before this Court on September 18, 2012 at 11:00 a.m.

3. The United States Probation Office shall prepare and submit a Memorandum of Probation Violation to the Court and disclose it to the parties no later than September 4, 2012.

4. The parties shall submit their sentencing memoranda by September 11, 2012.

DATED:  8/21/12

*Saundra B Armstrong*
Hon. SAUNDRA BROWN ARMSTRONG
United States District Court Judge